```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                       -v-                                   :
                                                             :           1:23-MJ-4350-GHW-2
                                                             :
    EDWIN ORTIZ,                                             :           ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/8/2023 |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Edwin Ortiz on August 11, 2023 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 8, 2023

_____
GREGORY H. WOODS
United States District Judge