```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                    -against-              :
                                           :
    EDWIN ORTIZ,                           :
                                           :
                         Defendant.        :
-------------------------------------------------------------X
```

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/11/2023 |

1:23-cr-__414__-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 11, 2023, Edwin Ortiz pleaded guilty to Count I of the Information in this case, an offense which mandates remand pursuant to 18 U.S.C. § 3143(a)(2). Following argument by the parties, the Court ordered that the Mr. Ortiz be immediately remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: August 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge